QUIMBY ET AL. V. BOYD ET AL.

*Appeal from District Court of El Paso County.*

PETITION for rehearing.

PER CURIAM. Upon consideration of the petition for re-
hearing of this cause, and the points urged in the oral
arguments thereon, the court is of opinion that the ap-
plication should be denied.

As stated in the opinion, the only question about which
we entertained any doubt was the sufficiency of the testi-
mony to support the verdict of the jury as to the per-
formance of the annual labor required by law, for the
year 1880, and we are still of opinion, in view of the
whole testimony and the repeated verdicts for the plaint-

iffs, that we would not be warranted in reversing the cause upon that ground.

While the testimony of the plaintiffs below was mainly directed to the point that the price paid for the work performed was a reasonable price for work of that character and extent, when done on contract, yet there was some evidence tending to show its actual value, and that it came up to the legal standard.

We are still of opinion that there is no force in the objection urged against the validity of the location of the Paymaster claim.

*Rehearing denied.*